**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Naomi B. Spector, Esq. (SBN 222573)
naomi@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Amir Kazemzadeh

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR KAZEMZADEH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>FORTY NINERS FOOTBALL COMPANY AND TICKETMASTER L.L.C.<br><br>Defendants. | Case No.: 5:15-CV-03593-NC<br><br>**PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**HON. NATHANAEL COUSINS** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**         5:15-CV-03593-NC

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Amir Kazemzadeh hereby voluntarily dismisses all of his individual claims with respect to all Defendants in the above-captioned action with prejudice.

Dated: January 11, 2016                     Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                            By: __/s/ Abbas Kazerounian
                                                Abbas Kazerounian
                                                ATTORNEY FOR PLAINTIFFS

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**            5:15-CV-03593-NC